# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA ROSENBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>PHL VARIABLE INSURANCE COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 21-2673-KSM |

## ORDER

**AND NOW**, this 5th day of January 2023, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 40), Plaintiff's opposition brief (Doc. Nos. 46–48), and Defendants' reply brief (Doc. No. 50–51), it is **ORDERED** as follows:

1.  The motion is **GRANTED**, and **JUDGMENT** is entered against Plaintiff and in favor of Defendants PHL Variable Insurance Company, PHL Delaware, LLC, Nassau Insurance Group Holdings, L.P., and Nassau Financial Group, L.P.

2.  The remaining pending motions (Doc. Nos. 39, 41, 42, 54, 57, 58, 59) are **DENIED AS MOOT.**

3.  The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.